THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Gold King Mine Release in San Juan
County, Colorado on August 5, 2015

No. 1:18-md-02824-WJ

*This Document Relates to:*
*All Cases*

### ORDER CLARIFYING DEADLINE FOR STIPULATION OF DAMAGES TO BE AGREED TO BY ALLEN PLAINTIFFS AND UNITED STATES

In response to an October 2, 2020 email inquiry from the attorney for the Allen Plaintiffs regarding the deadline in the Order Resulting from Telephonic Status Conference held September 25, 2020, Doc. 851, ¶4, the original intended deadline was ten days from the date of the status conference, or Monday, October 5, 2020. However, if the parties are in agreement, they may use the dates stated in their email – the Allen Plaintiffs' initial proposed stipulation will be provided to the United States by October 8, 2020 and the parties will agree on a stipulation on the scope of damages by October 14, 2020.

IT IS SO ORDERED.

_____
SPECIAL MASTER HON. ALAN C. TORGERSON