# Exhibit B

**Productions of Documents Provided by New Mexico State Agencies**
**Pursuant to IPRA, as of October 26, 2020**

| NM Agency | BegBates | EndBates |
|---|---|---|
| NM Institute of Mining and Technology | Weston_NMTech0000001 | Weston_NMTech0000845 |
| NM Department of Agriculture | IPRA_AGRICULTURE_000001 | IPRA_AGRICULTURE_000051 |
| NM Department of Energy, Minerals and Natural Resources | IPRA_ENERGYMINERAL_000001 | IPRA_ENERGYMINERAL_008261 |
| NM Department of Game and Fish | IPRA_GAMEFISH_000001 | IPRA_GAMEFISH_016469 |
| NM Department of Health | IPRA_PUBLICHEALTH_000001 | IPRA_PUBLICHEALTH_000210 |
| NM Department of Homeland Security and Emergency Management | Weston_DHSEM0000001 | Weston_DHSEM0000004 |
| NM Department of Tourism | IPRA_TOURISM_000001 | IPRA_TOURISM_001874 |
| NM Environment Department | IPRA_ENVIRONMENT_000001 | IPRA_ENVIRONMENT_036816 |
| NM Office of Natural Resources Trustee | Weston_NMONRT0000001 | Weston_NMONRT0004580 |
| NM Office of Natural Resources Trustee | Weston_NMONRT0004581 | Weston_NMONRT0013219 |
| NM Office of the State Engineer | IPRA_ENGINEER_000001 | IPRA_ENGINEER_009966 |
| NM Office of the State Engineer Interstate Stream Commission | IPRA_INTERSTATESTREAM_000001 | IPRA_INTERSTATESTREAM_000750 |
| NM State University | Weston_NMSU0000001 | Weston_NMSU0002659 |
| NM State University | Weston_NMSU0002660 | Weston_NMSU0005077 |
| University of NM | Weston_UNM0000001 | Weston_UNM0000167 |