# Exhibit D

Table 2.10
**SELECTED STATE ADMINISTRATIVE OFFICIALS: METHODS OF SELECTION**

| State or other jurisdiction | Governor | Lieutenant governor | Secretary of state | Attorney general | Treasurer | Adjutant general | Administration | Agriculture | Banking | Budget |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alabama** | CE | CE | CE | CE | CE | GS | G | CE | GS | G |
| **Alabama** | CE | CE | CE | CE | CE | GS | G | CE | B | G |
| **Alaska** | CE | CE | (a-1) | GS | AG | GS | GS | AG | AG | GOC |
| **Arizona** | CE | CE (a-2) | CE | CE | CE | G | G | G | G | G |
| **Arkansas** | CE | CE | CE | CE | CE | G | G | B | G | AG |
| **California** | CE | CE | CE | CE | CE | GS | GS(c) | GS | GS | GS |
| **Colorado** | CE | CE | CE | CE | CE | GS | GS | GS | CS | G |
| **Connecticut*** | CE | CE | CE | CE | CE | GE | GE | GE | GE | CS |
| **Delaware** | CE | CE | GS | CE | CE | GS | GS | GS | G | GS |
| **Florida** | CE | CE | CE | CE | CE | GS | GS | CE | CE | G |
| **Georgia*** | CE | CE | CE | CE | G | N.A. | N.A. | CE | N.A. | G |
| **Hawaii** | CE | CE | (a-1) | GS | (a-6) | GS | (a-9) | GS | AG | GS |
| **Idaho** | CE | CE | CE | CE | CE | G | G | G | G | G(a-15) |
| **Illinois** | CE | CE | CE | CE | CE | GE | GS | GS | GS | G |
| **Indiana** | CE | CE | CE | SE | CE | AG | AG | LG | AG | AG |
| **Iowa** | CE | CE | CE | CE | CE | GS | (a-16) | CE | GS | GS |
| **Kansas** | CE | CE | CE | CE | CE | GS | GS | GS | GS | G |
| **Kentucky** | CE | CE | CE | CE | CE | CE | G | CE | G | G |
| **Louisiana** | CE | CE | CE | CE | CE | GS | GS | CE | GLS | A |
| **Maine** | CE | (t) | CL | CL | CL | GLS | GLS | GLS | A | A |
| **Maryland** | CE | CE | GS | CE | CL | G | CL(a-16) | CL | A | CL |
| **Massachusetts** | CE | CE | CE | CE | CE | G | G | CG | G | CG |
| **Michigan** | CE | CE | CE | CE | GS | GS | GS | B | GS | GS |
| **Minnesota** | CE | CE | CE | CE | CE | G | GS | GS | A | (a-15) |
| **Mississippi** | CE | CE | CE | CE | CE | GS | GS | SE | GS | A |
| **Missouri** | CE | CE | CE | CE | CE | G | GS | GS | AGS | AGS |
| **Montana*** | CE | CE | CE | CE | CE | GS | GS | GS | A | G |
| **Nebraska** | CE | CE | CE | CE | CE | GS | GS | GS | GS | A |
| **Nevada** | CE | CE | CE | CE | CE | G | G | BA | A | (a-5) |
| **New Hampshire** | CE | (t) | CL | GC | CL | GC | GC | GC | GC | (hh) |
| **New Jersey*** | CE | (t) | GS | GS | GS | GS | (a-16) | BG | GS | A |
| **New Mexico** | CE | CE | CE | CE | CE | G | (a-16) | B | G | G |
| **New York** | CE | CE | GS | CE | A | G | (a-16) | GS | GS | G |
| **North Carolina*** | CE | CE | SE | SE | SE | G | G | SE | G | G |
| **North Dakota** | CE | CE | CE | CE | CE | G | . . . | CE | GS | G |
| **Ohio*** | CE | CE | CE | C | CE | G | G | G | A | G |
| **Oklahoma** | CE | CE | GS | CE | CE | GS | GS | B | GS | (a-15) |
| **Oregon** | CE | (a-2) | CE | SE | CE | G | GS | GS | A | A |
| **Pennsylvania** | CE | CE | GS | CE | CE | GS | G | GS | GS | G |
| **Rhode Island** | CE | CE | CE | CE | CE | G | G | AGS | AGS | AGS |
| **South Carolina*** | CE | CE | CE | CE | CE | CE | B | CE | (a-4) | AB |
| **South Dakota** | CE | G | CE | CE | CE | G | G | G | A | (a-15) |
| **Tennessee** | CE | (t,vv) | CL | CT | CL | G | (a-16) | G | G | A |
| **Texas** | CE | CE | G | CE | CE | G | (a-16) | SE | B | G |
| **Utah** | CE | CE | (a-1) | CE | CE | G | GS | G | G | G |
| **Vermont** | CE | CE | CE | SE | CE | SL | GS | GS | GS | (a-15) |
| **Virginia*** | CE | CE | GB | CE | GB | GB | GB | GB | B | GB |
| **Washington** | CE | CE | CE | CE | CE | G | G | G | G | G |
| **West Virginia** | CE | (t) | CE | CE | CE | GS | G | CE | GS | A, CS |
| **Wisconsin** | CE | CE | CE | CE | CE | G | GS | GS | A | A |
| **Wyoming** | CE | (a-2) | CE | CE | G | CE | GS | GS | A | A |
| **American Samoa*** | CE | CE | (a-1) | GB | GB | N.A. | GB | GB | N.A. | GB |
| **No. Mariana Islands** | CE | CE | . . . | GS | G | . . . | G | G | G | G |
| **U.S. Virgin Islands*** | CE | CE | (a-1) | G | G | G | G | G | (a-1) | G |

*Source*: The Council of State Governments' survey of state personnel agencies, January 2000, except where noted by * where data are from The Book of the States, 1998-99.

*Note*: The chief administrative officials responsible for each function were determined from information given by the states for the same function as listed in State Administrative Officials Classified by Function, 1999, published by The Council of State Governments.

*Key*:
N.A. — Not available.
. . . — No specific chief administrative official or agency in charge of function.
CE — Constitutional, elected by public.
CL — Constitutional, elected by legislature.
SE — Statutory, elected by public.
SL — Statutory, elected by legislature.
L — Selected by legislature or one of its organs
CT — Constitutional, elected by state court of last resort.

*Appointed by:*
G — Governor
GS — Governor
GB — Governor
GE — Governor
GC — Governor
GD — Governor
GLS — Governor
GOC — Governor & Council
LG — Lieutenant Governor
LGS — Lieutenant Governor
AT — Attorney General
SS — Secretary of State
C- Cabinet Secretary
CG— Cabinet Secretary

*Approved by:*
Senate (in Nebraska, unicameral legislature)
Both houses
Either house
Council
Departmental board
Appropriate legislative committee & Senate

Senate

Governor

**EXECUTIVE BRANCH**

**SELECTED OFFICIALS: METHODS OF SELECTION—Continued**

| State or other jurisdiction | Civil rights | Commerce | Community affairs | Comptroller | Consumer affairs | Corrections | Economic development | Education | Election administration | Emergency management |
|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | CE | G | G | CS | CS | G | G | B | CE | G |
| Alaska | BG | GS | . . . | AG | AG | GS | AG | GS | LG | AG |
| Arizona | AT | G | G(a-7) | AG | A | G | G(a-7) | G | CE(a-2) | G |
| Arkansas | . . . | G | G | G | CE | B | G | BG | (b) | G |
| California | GS | GS | G | CE | GS | GS | GS(a-7) | CE | CS | GS |
| Colorado | CS | G | CS | CS | AT | GS | G | B | SS | CS |
| Connecticut* | B | B | A | CE | GE | GE | GE | B | CS | A |
| Delaware | G | GS | . . . | AG | AT | GS | GS | GS | GS | AG |
| Florida | A | G | GS | CE | A | GS | N.A. | CE | SS | A |
| Georgia* | G | B | B | CE | G | N.A. | N.A. | CE | (j) | A |
| Hawaii | B | GS | G | GS | A | GS | GS | B | B | G |
| Idaho | G | G | A | (a-23) | (a-3) | B | A | CE | SS | A |
| Illinois | GS | GS | GS | CE | CE | GS | GS | B | B | GS |
| Indiana | AG | LG | N.A. | CE | AT | AG | LT | CE | (l) | AG |
| Iowa | GS | GS | A | GS | AT | GS | GS | GS | (n) | GS |
| Kansas | B | CE/GS | A | A | AT | GS | (q) | B | (r) | CS |
| Kentucky | G | (a-11) | G | (a-15) | (a-3) | G | G | B | B | AG |
| Louisiana | A | GS | A | GS | AG | GS | GS | BG | CE | A |
| Maine | B | GLS(a-11) | . . . | A | A | GLS | GLS | GLS | A | A |
| Maryland | N.A.* | AG* | N.A.* | CE* | A* | AGS* | GS* | B* | G* | AG* |
| Massachusetts | G | (a-11) | GLS* | G | G | CG | G | B | GE* | B* |
| Michigan | B | GS | N.A. | CS | CS | GS | N.A. | B | (y) | CS |
| Minnesota | GS | N.A | A | (a-15) | AT | GS | A | GS | (aa) | A |
| Mississippi | . . . | GS | A | GS | A | GS | GS | B | A | G |
| Missouri | AGS | (a-11) | N.A. | A | (a-3) | GS | GS | BG | SS | A |
| Montana* | A | GS | A | GS | A | GS | CS | CE | SS | CS |
| Nebraska | B | GS | A | A | A | GS | GS | B | A | A |
| Nevada | G | G | N.A. | CE | A | G | GD | B | (nn) | A |
| New Hampshire | CS | GC | G | AGC | AT | GS | AGC | B | (a-2) | G |
| New Jersey* | A | GS | GS | (a-6) | A | GS | A | GS | A | A |
| New Mexico | G | (a-11) | G | (a-4) | G | GS | GS | B | G | G |
| New York | GS | GS | (a-2) | CE | GS | GS | GS | B | G | A |
| North Carolina* | AG | G | AG | GC | (a-3) | G | AG | SE | G | AG |
| North Dakota | G | G | CE | A | CS | G | G | CE | CS | A |
| Ohio* | B | G | A | (a-4) | B | G | G | B | A | A |
| Oklahoma | B | GS | (a-7) | A | B | B | (a-7) | CE | L | GS |
| Oregon | A | . . . | G | A | (pp) | GS | GS | SE | A | AG |
| Pennsylvania | B | GS | A | G | AT | GS | GS | GS | A | G |
| Rhode Island | B | (a-11) | G | AGS | AT | G | G | B | G | G |
| South Carolina* | BG | GS | N.A. | CE | B | GS | (a-7) | CE | B | A |
| South Dakota | A | G | (a-11) | (a-23) | A | G | G | G | SS | G |
| Tennessee | BA | (a-11) | (a-11) | A | A | G | G | G | SS | A |
| Texas | B | G | G | CE | (a-3) | B | (a-7) | B | (xx) | A |
| Utah | A | GS | GS | A | A | GS | A | B | G | A |
| Vermont | (aaa) | GS | GS | (a-15) | AT | AG | AGS | BG | (bbb) | AG |
| Virginia* | GB | GB | GB | GB | N.A. | GB | (ccc) | GB | GB | GB |
| Washington | G | G | G | (a-4) | A | G | G | CE | A | A |
| West Virginia | GS | GS | GS | CE | AT | GS | (a-8) | (ddd) | (a-2) | GS |
| Wisconsin | A | GS | A | CS | (fff) | GS | CS | CE | B | GS |
| Wyoming | CS | BG | BG | CE | AT | GS | BG | CE | CS | N.A. |
| American Samoa* | N.A. | GB | (a-7) | (a-4) | (a-3) | A | (a-7) | GB | G | G |
| No. Mariana Islands | GS | GS | GS | GS | A | G | G | B | G | G |
| U.S. Virgin Islands* | G | G | G | (a-15) | G | G | N.A. | G | B | G |

| *Appointed by:* | *Approved by:* | (a) Chief administrative official or agency in charge of function: |
|---|---|---|
| A — Agency head | | (a-1) Lieutenant Governor |
| AB — Agency head | Board | (a-2) Secretary of state |
| AG — Agency head | Governor | (a-3) Attorney general |
| AGC — Agency head | Governor & Council | (a-4) Treasurer |
| AGS Agency head | | (a-5) Administration |
| ALS — Agency head | Appropriate legislative committee | (a-6) Budget |
| ASH — Agency head | Senate president & House speaker | (a-7) Commerce |
| B — Board or commission | | (a-8) Community affairs |
| BG — Board | Governor | (a-9) Comptroller |
| BGS — Board | Governor & Senate | (a-10) Consumer affairs |
| BS — Board or commission | Senate | (a-11) Economic development |
| BA — Board or commission | Agency head | (a-12) Education (chief state school officer) |
| CS — Civil Service | | (a-13) Energy |
| LS — Legislative Committee | Senate | (a-14) Environmental protection |

## SELECTED OFFICIALS: METHODS OF SELECTION—Continued

| *State or other jurisdiction* | *Employment services* | *Energy* | *Environment protection* | *Finance* | *Fish & wildlife* | *General services* | *Health* | *Higher education* | *Highways* | *Historic preservation* |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alabama** | CS | CS | B | G | CS | CS | B | B | G | B |
| **Alaska*** | AG | AG | GS | AG | GS | AG | AG | AG | AG | A |
| **Arizona** | AG | A | G | G | G | AG | G | G | AG | A |
| **Arkansas** | G | G | BG | G | B | AG | BG | BG | B | A |
| **California** | GS | B | GS | GS | GS | GS | GS | B | GS | G |
| **Colorado** | GS | G | CS | CS | CS | CS | GS | GS | (a-29) | B |
| **Connecticut*** | A | A | GE | GE | (e) | GE | GE | GE | A | B |
| **Delaware** | GS | A | GS | GS | AG | GS | AG | B | GS | AG |
| **Florida** | A | A | GS | A | B | GS | GS | B | GS | SS |
| **Georgia*** | A | N.A. | A | (a-4) | A | A | A | B | (a-29) | A |
| **Hawaii** | CS | CS | G | (a-6) | CS | (a-25) | GS | B | CS | (a-19) |
| **Idaho** | G | A | A | G | B | A | G | B | (a-29) | B |
| **Illinois** | GS | GS | GS | G | GS | GS | GS | B | G | GS |
| **Indiana** | AG | LG | AG | (a-6) | A | (a-5) | AG | AG | (a-29) | N.A. |
| **Iowa*** | GS | A | A | (o) | A | GS | GS | (p) | A | A |
| **Kansas** | GS | A | A | . . . | CS | GS | GS | B | GS | G |
| **Kentucky** | AG | AG | G | G | B | (a-5) | G | B | AG | AG |
| **Louisiana** | A | GS | GS | GS | GS | GS | GS | B | GS | A |
| **Maine** | A | G | GLS | GLS(a-5) | GLS | A | GLS | B | GLS(a-29) | B/BG |
| **Maryland** | N.A.* | A* | N.A.* | GS | A | GS | GS | G | A | A |
| **Massachusetts** | CG | CG | CG | (a-5) | CG | (a-5) | CG | B | G | B* |
| **Michigan** | N.A. | . . . | GS | (a-6) | CS | CS | GS | CS | (a-29) | CS |
| **Minnesota** | A | A | A | GS | A | (a-5) | GS | B | A | N.A. |
| **Mississippi** | B | A | GS | GS | BGC | A | B | B | B | B |
| **Missouri** | A | A | A | (a-5) | (dd) | A | GS | B | B | N.A. |
| **Montana*** | CS | CS | G | G | CS | CS | G | B | G | CS |
| **Nebraska** | A | A | GS | (ee) | (ff) | A | GS | B | GS | B |
| **Nevada** | A | CS | A | (a-9) | GB | N.A. | AG | B | (a-29) | G |
| **New Hampshire** | GC | G | GC | (a-5) | BGC | CS | AGC | B | (a-29) | GC |
| **New Jersey*** | A | GS | GS | (a-6) | B | A | GS | B | (a-29) | A |
| **New Mexico** | (a-18) | GS | GS | GS | G | GS | GS | B | GS | G |
| **New York** | (a-18) | (hhh) | GS | (a-9) | A | GS | GS | (a-12) | (a-29) | (a-20) |
| **North Carolina*** | G | AG | AG | (a-6) | BG | (a-5) | AG | B | AG | AG |
| **North Dakota** | G | CS | CS | A | G | G | G | B | G | CS |
| **Ohio*** | G | A | G | (a-6) | A | G | G | B | (a-29) | B |
| **Oklahoma** | (mm) | GS | B | G | B | (a-5) | B | B | B | B |
| **Oregon** | GS | GS | B | A | B | (a-5) | AG | B | (a-29) | B |
| **Pennsylvania** | G | A | G | G | (rr) | GS | GS | G | G | A |
| **Rhode Island** | G | (a-24) | G | (a-6) | AGS | AGS | G | B | B | B |
| **South Carolina*** | B | A | A | B | B | AB | BGS | B | (a-29) | A |
| **South Dakota** | A | A | G | G | A | (a-5) | G | B | A | A |
| **Tennessee** | A | A | N.A. | G | B | G | (ww) | B | (a-29) | AG |
| **Texas** | B | A | B | (a-9) | B | B | B | B | (a-29) | B |
| **Utah** | GS | A | GS | A | A | A | (yy) | B | GS | A |
| **Vermont** | GS | GS | . . . | AGS | AGS | AGS | AG | N.A. | (a-29) | (qq) |
| **Virginia*** | GB | GB | GB | GB | B | GB | GB | B | GB | GB |
| **Washington** | A | . . . | G | G | B | (a-5) | G | B | (a-29) | A |
| **West Virginia** | GS | GS | GS | GS | A, CS | G | GS | (eee) | GS | A |
| **Wisconsin** | A | A | A | A | (ggg) | (a-5) | A | N.A. | A | CS |
| **Wyoming** | A | A | GS | CE | GS | (a-5) | GS | B | GS | GS |
| **American Samoa*** | A | GB | GB | (a-4) | GB | G | GB | (a-12) | (a-29) | A |
| **No. Mariana Islands** | G | G | G | GS | G | B | GS | B | GS | G |
| **U.S. Virgin Islands*** | (a-18) | G | G | G | N.A. | N.A. | G | CE | G | G |

(a-15) Finance
(a-16) General services
(a-17) Highways
(a-18) Labor
(a-19) Natural Resources
(a-20) Parks and recreation
(a-21) Personnel
(a-22) Post-audit
(a-23) Pre-audit
(a-24) Public utility regulation
(a-25) Purchasing
(a-26) Revenue
(a-27) Social services
(a-28) Tourism
(a-29) Transportation
(a-30) Welfare

(b) Responsibilities shared between Secretary of State (CE); and Supervisor of Elections (CE).
(c) Responsibilities shared between Director, Department of General Services (GS); and Chief Deputy Director, same department (A).
(d) Method not specified.
(e) Responsibilities shared between Director, Fisheries Division (CS); and Director, Wildlife Division (CS).
(f) Responsibilities shared between Commissioner, Department of Mental Retardation (GE); and Commissioner, Department of Mental Health & Addiction Services (GE).
(g) Responsibilities shared between Director, Division of Alcoholism, Drug Abuse and Mental Health (AG); and Director, Division of Mental Retardation (GS).
(h) Responsibilities shared between Secretary, Department of Services for

## SELECTED OFFICIALS: METHODS OF SELECTION—Continued

| State or other jurisdiction | Information systems | Insurance | Labor | Licensing | Mental health & retardation | Natural resources | Parks & recreation | Personnel | Planning | Post audit |
|---|---|---|---|---|---|---|---|---|---|---|
| **Alabama** | CS | G | G | . . . | G | G | CS | B | G | L |
| **Alaska** | AG | AG | GS | AG | AG | GS | AG | AG | . . . | L |
| **Arizona** | A | G | G | . . . | A | G | G | A | G(a-6) | G |
| **Arkansas** | G | G | G | . . . | BA | A | G | AG | . . . | L |
| **California** | GS | CE | GS | GS(a-10) | GS | GS | GS | G | G | G |
| **Colorado** | G | G | GS | GS | CS | GS | CS | CS | (a-6) | L |
| **Connecticut*** | GE | GE | GE | GB | (f) | CS | CS | A | (a-13) | L |
| **Delaware** | GS | CE | GS | AG | AG | GS | AG | GS | G | CE |
| **Florida** | A | CE | GS | SS | A | GS | A | A | G | L |
| **Georgia*** | A | CE | CE | A | A | B | A | G | G | G |
| **Hawaii** | CS | AG | GS | (a-7) | CS | GS | CS | GS | . . . | (k) |
| **Idaho** | (a-5) | G | G | G | N.A. | . . . | B | G | (a-7) | A |
| **Illinois** | GS | GS | GS | GS | GS | GS | GS | AG | . . . | L |
| **Indiana** | AG | AG | AG | (m) | AG | AG | AG | AG | . . . | AG |
| **Iowa*** | GS | GS | GS | GS | A | GS | A | GS | (a-11) | CE |
| **Kansas** | A | SE | A | B | A | GS | GS | A | B | L |
| **Kentucky** | (s) | G | G | AG | G | G | G | G | (a-6) | CE |
| **Louisiana** | A | CE | GS | A | GS | GS | LGS | B | A | CL |
| **Maine** | A | GLS | GLS | A | GLS | GLS | A | A | G | SL |
| **Maryland** | A | GS | GS | A | A(v) | GS | A | A | GS | A |
| **Massachusetts** | C | G | G | G | CG(w) | CG | (x)* | CG | (a-11) | CE |
| **Michigan** | CS | GS | CS | GS | GS | B | CS | B | . . . | CL |
| **Minnesota** | A | N.A. | GS | A | A | GS | A | GS | GS | (bb) |
| **Mississippi** | B | SE | . . . | . . . | (cc) | GS | BGS | BS | A | CE |
| **Missouri** | A | GS | GS | A | A | GS | A | G | (a-6) | CE |
| **Montana*** | CS | A | G | CS | CS | G | CS | CS | (a-6) | L |
| **Nebraska** | A | GS | GS | A | A | GS | B | A | GS | CE |
| **Nevada** | G | A | A | . . . | GD | G | . . . | G | (a-5) | L |
| **New Hampshire** | AGC | GC | GC | . . . | AGC | GC | AGC | AGC | G | CS |
| **New Jersey*** | G | GS | GS | A | A | GS | A | GS | A | A |
| **New Mexico** | G | G | GS | G | (ii) | GS | G | G | . . . | CE |
| **New York** | (a-16) | GS | GS | (jj) | GS | (a-14) | GS | GS | (a-11) | (a-9) |
| **North Carolina*** | AG | SE | SE | . . . | AG | G | AG | G | AG | SE |
| **North Dakota** | G | CE | G | CE | CS | CS | G | A | . . . | (kk) |
| **Ohio*** | A | G | A | G | (ll) | G | A | A | (a-6) | CE |
| **Oklahoma** | (oo) | CE | CE | . . . | B | (a-28) | (a-28) | GS | . . . | CE |
| **Oregon** | A | GS | SE | . . . | AG | GOC | B | A | B | A |
| **Pennsylvania** | G | GS | GS | GS | (ss) | GS | A | G | G | CE |
| **Rhode Island** | A | A | AGS | A | G | (a-14) | A | A | A | (tt) |
| **South Carolina*** | AB | GS | GS | (a-18) | B | B | GS | AB | AB | B |
| **South Dakota** | G | A | G | A | (uu) | G | A | G | (a-15) | L |
| **Tennessee** | A | G | G | A | A | G | A | G | N.A. | CL |
| **Texas** | B | G | B | B | B | B | B | A | (a-6) | L |
| **Utah** | A | GS | A | A | AG | GS | AG | GS | G | CE |
| **Vermont** | A | GS | GS | A | AG | GS | AGS | AGS | . . . | CE |
| **Virginia*** | GB | SL | GB | GB | GB | GB | GB | GB | (a-6) | SL |
| **Washington** | G | CE | G | G | A | CE | G | G | (a-15) | CE |
| **West Virginia** | G | GS | GS | . . . | GS | GS | GS | A | GS | L |
| **Wisconsin** | A | GS | GS | GS | CS | GS | CS | GS | (a-6) | L |
| **Wyoming** | A | G | A | AG | A | G | GS | A | G | CE |
| **American Samoa*** | (a-29) | G | N.A. | N.A. | (a-27) | AG | GB | A | (a-7) | G |
| **No. Mariana Islands** | G | G | G | B | GS | GS | G | GS | G | GS |
| **U.S. Virgin Islands*** | (a-6) | (a-1) | G | N.A. | G | (a-19) | G | G | G | G |

Children, Youth and Their Families (GS); and Secretary, Department of Health and Social Services (GS).

(i) Responsibilities shared between Director, Division of Licensing, Department of State (SS); and Secretary, Department of Professional Regulation (N.A.).

(j) Responsibilities shared between the Secretary of State (CE); and Director, Election Division (A).

(k) Responsibilities shared between State Auditor (L); and Division Head, Division of Audit (CS).

(l) Responsibilities shared between Co-Directors in Election Commission (AG); appointed by the Governor, subject to approval by the Chairs of the State Republican/Democratic parties.

(m) Responsibilities shared between Executive Director, Health Professions Bureau; and Executive Director, Professional Licensing Agency (G).

(n) Responsibilities shared between Secretary of State (CE); and Director of Elections (CS).

(o) Responsibilities shared between Director, Department of Revenue; and Director, Department of Management (GS).

(p) Responsibilities shared between Director, Department of Education (GS); and Executive Secretary, Board of Regents (B).

(q) Responsibilities shared between Secretary, Department of Commerce and Housing (GS); Director, Division of Existing Industry, same department (A); Director, Business Development Division, same department (A); and President Kansas Inc. (B).

(r) Responsibilities shared between Secretary of the State (CE); and Deputy Assistant for Elections (SS).

(s) Responsibilities shared between Chief Information Office, Governor's Office for Technology (G); and Executive Director, Information Resources Management, Finance & Administration (AG).

## SELECTED OFFICIALS: METHODS OF SELECTION—Continued

| State or other jurisdiction | Pre-audit | Public library development | Public utility regulation | Purchasing | Revenue | Social services | Solid waste management | State police | Tourism | Transportation | Welfare |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alabama | CS | B | SE | CS | G | B | CS | G | G | G | G |
| Alaska | (a-15) | AG | AG | (a-16) | GB | GS | CS | AG | AG | GS | AG |
| Arizona | A(a-9) | G | G | A | G | G | G | G | G | GS | A |
| Arkansas | AG | G | BG | AG | AG | G | AG | G | AG | B | G |
| California | CE(a-9) | GS | G | GS | B | GS | B | GS | N.A. | GS | GS(a-27) |
| Colorado | CS | A | GS | CS, AB | GS | GS | CS | CS | . . . | GS | GS |
| Connecticut* | (a-9) | A | GE | A | GE | GE | CS | GE | A | GE | CS |
| Delaware | CE | AG | AG | AG | AG | GS | B | AG | A | GS | AG |
| Florida | GOC | SS | B | A | GOC | GS | A | A | N.A. | A | A |
| Georgia* | G | AB | N.A. | A | N.A. | A | A | B | A | BG | A |
| Hawaii | CS | B | G | GS | GS | GS | CS | . . . | (a-11) | GS | CS |
| Idaho | CE | A | GS | A | GS | A | . . . | G | A | B | A |
| Illinois | CE | SS | CE | A | GS | GS | A | GS | A | GS | GS |
| Indiana | CE | AG | AG | AG | AG | A | A | AG | LG | AG | AG |
| Iowa* | (a-26) | BA | GS | A | GS | A | A | A | A | GS | A |
| Kansas | CS | GS | GS | A | GS | GS | A | GS | A | GS | A |
| Kentucky | G | G | G | (a-15) | G | G | AG | G | G | G | G |
| Louisiana | A | BGS | BS | A | GS | GS | GS | GS | LGS | GS | GS |
| Maine | A | B | G | CS | A | GLS | CS | AGS | A | GLS | A |
| Maryland | A | A | GS | A | A | A | A | GS | A | GS | GS |
| Massachusetts | (a-9)* | B | G | CG | CG | CG | A* | G | CG | G | CG |
| Michigan | CL | CL | GS | CS | GS | GS | CS | GS | N.A. | GS | GS |
| Minnesota | A | A | A | A | GS | A | A | A | G | GS | A |
| Mississippi | . . . | BS | B | A | GS | . . . | A | GS | A | B | GS |
| Missouri | (a-9) | B | GS | A | GS | GS | A | GS | A | (a-17) | A |
| Montana* | . . . | B | SE | CS | G | G | CS | AT | CS | CS | G |
| Nebraska | A | B | B | A | GS | GS | A | GS | A | GS | GS |
| Nevada | (a-5) | G | G | CS | G | G | (a-14) | CS | GB | BG | AG |
| New Hampshire | CS | AGC | GC | CS | GC | AGC | AGC | GC | AGC | GC | AGC |
| New Jersey* | (a-6) | N.A. | GS | A | A | GS | A | GS | A | GS | A |
| New Mexico | G | G | CE | G | GS | GS | CS | GS | GS | (a-17) | GS |
| New York | (a-9) | (a-12) | GS | (a-16) | GS | GS | (a-14) | GS | (a-11) | GS | (a-27) |
| North Carolina* | (a-22) | AG | AG | AG | G | AG | AG | N.A. | AG | G | N.A. |
| North Dakota | A | CS | CE | CS | CE | G | CS | A | G | G | G |
| Ohio* | (a-22) | B | B | A | B | G | A | A | A | G | G |
| Oklahoma | (a-9) | B | (lll) | A | G | B | A | GS | B | B | (a-30) |
| Oregon | . . . | B | GS | A | GS | GS | A | GS | A | GS | AG |
| Pennsylvania | CE | A | GS | A | GS | G | A | GS | A | GS | GS |
| Rhode Island* | . . . | G | G | A | A | G | A | G | A | G | A |
| South Carolina* | (a-9) | B | B | A | GS | GS | A | A | GS | B | (a-27) |
| South Dakota | CE | A | CE | A | G | G | A | G | G | G | (a-27) |
| Tennessee | (a-9) | SS | SE | A | G | A | A | G | G | G | G |
| Texas | (a-9) | A | B | A | (a-9) | G | A | B | A | B | L |
| Utah | A | A | A | A | GS | (zz) | A | A | A | GS | GS |
| Vermont | (a-15) | AGS | GS | A | AGS | AG | A | A | A | GS | GS |
| Virginia* | (a-9) | GB | SL | CS | GB | GB | (a-14) | GB | CS | GB | (a-27) |
| Washington | (a-4) | G | G | A | G | G | A | G | A | B | (a-27) |
| West Virginia | GS | B | G | A | GS | GS | B | GS | GS | GS | GS |
| Wisconsin | CS | CS | GS | CS | GS | GS | CS | GS | GS | GS | A |
| Wyoming | CE | A | G | CS | GS | A | A | GS | BG | GS | GS |
| American Samoa* | (a-4) | (a-12) | N.A. | A | (a-4) | GB | GB | GB | (a-7) | GB | N.A. |
| No. Mariana Islands | GS | B | B | G | G | GS | GS | GS | B | GS | GS |
| U.S. Virgin Islands* | N.A. | G | N.A. | N.A. | G | G | G | G | G | N.A. | G |

(t) In Maine, New Hampshire, New Jersey, Tennessee and West Virginia, the Presidents (or Speakers) of the Senate are next in line of succession to the Governorship. In Tennessee, the Speaker of the Senate bears the statutory title of Lieutenant Governor.

(u) Responsibilities shared between Commissioner, Environmental Protection Department (GLS); and Commissioner, Department of Conservation (GLS).

(v) Responsibilities shared between Director, Mental Hygiene Administration (A); and Director, Developmental Disabilities Administration, Department of Health and Mental Hygiene (GS).

(w) Responsibilities shared between Commissioner, Department of Mental Retardation (BA); and Commissioner, Department of Mental Health, Executive Office of Human Services (BA).

(x) Responsibilities shared between Director, Division of Forests and Parks, Department of Environmental Management (BA); and Director, Recreational Facilities, Metropolitan District Commission (BA).

(y) Responsibilities shared between Secretary of State (CE); and Director, Bureau of Elections (CS).

(z) Responsibilities shared between Chief, Wildlife Division, Department of Natural Resources; and Chief, Fisheries Division, same department (CS).

(aa) Responsibilities shared between Secretary of State (CE); and Director, Election Division, Office of the Secretary of State (A).

(bb) Responsibilities shared between State Auditor (CE); and Legislative Auditor (L).

(cc) Responsibilities shared between Bureau Chief, Alcohol and Drug Abuse Division, Department of Mental Health; and Director, Department of Mental Health (BS).

EXECUTIVE BRANCH

## SELECTED OFFICIALS: METHODS OF SELECTION—Continued

(dd) Responsibilities shared between Acting Chief, Division of Fisheries, Department of Conservation; Chief, Division of Wildlife, same department (B).

(ee) Responsibilities shared between State Tax Commissioner, Department of Revenue (GS); Administrator, Budget Division, Department of Administrative Services (A); and Auditor of Public Accounts (CE).

(ff) Responsibilities shared between Division Administrator, Wildlife Division, Game & Parks Commission (A); and Division Administrator, Fisheries Division, same commission (A).

(gg) Responsibilities shared between Director Mental Health & Human Services, Department of Health & Human Services; and Director; same department (GS).

(hh) Responsibilities shared between Commissioner, Department of Administration Services (GC); and Assistant Commissioner & Budget Office, Budget Office same department (AGC).

(ii) Responsibilities shared between Division Director II, Long Term Services Division, Department of Health (G); and Division II Director, Behavioral Health Services Division, same department (G).

(jj) Responsibilities shared between Executive Coordinator, Office of Professional Responsibility (AG); Commissioner, State Education Department (B); and Secretary of State (GS).

(kk) Responsibilities shared between Legislative Budget Analyst/Auditor, Legislative Council (A); and State Auditor (CE).

(ll) Responsibilities shared between Director, Department of Mental Health; and Director, Department of Mental Retardation and Developmental Disabilities (G).

(mm) Responsibilities shared between Administrator and Secretary of Human Resources, Office of Personnel Management (G); and Executive Director, Employment Security Commission (B).

(nn) Responsibilities shared between Secretary of State (CE); Deputy Secretary of State for Elections, Office of Secretary of State (SS); and Chief Deputy Secretary of State, same office (SS).

(oo) Responsibilities shared between Director, Data Processing & Planning Division, Department of Transportation (A); and Director, Information Services Division Management, Office of State Finance (A).

(pp) Responsibilities shared between Manager, Insurance Division, Con

(qq) Responsibilities shared between Director, Division for Historic Preservation, Agency of Commerce and Community Affairs (A); and Historic Preservation Officer (GS).

(rr) Responsibilities shared between Executive Director, Fish Commission (B); and Executive Director, Game Commission (B).

(ss) Responsibilities shared between Deputy Secretary, Mental Health, Department of Public Welfare (G); and Deputy Secretary, Mental Retardation, same department (G).

(tt) Responsibilities shared between Chief General Audit Section, Office of Accounts and Control, Department of Administration, (A); and Auditor General (L).

(uu) Responsibilities shared between Director, Division of Mental Health, Department of Human Services (A); and Secretary same department (G).

(vv) Elected to the Senate by the public and elected Lieutenant Governor by the Senate.

(ww) Responsibilities shared between Chief Health Officer, Department of Health (A); and Commissioner, same department (G).

(xx) Responsibilities shared between Secretary of State (G); and Deputy Assistant Secretary of State (A).

(yy) Responsibilities shared between Executive Director, Department of Health (GS); and Director, Division of Health Care Financing, same department (A).

(zz) Department of Human Services.

(aaa) Responsibilities shared between Chief, Public Protection Division, Office of the Attorney General (AT); and Executive Director, Human Rights Commission (B).

(bbb) Responsibilities shared between Secretary of State (CE); and Director of Elections, Office of Secretary of State (A).

(ccc) Responsibilities shared between Secretary, Commerce and Trade (GB); and Director, Department of Economic Development (GB).

(ddd) Responsibilities shared between Cabinet Secretary, Department of Education and the Arts (G); and Superintendent, Department of Education (B).

(eee) Responsibilities shared between University System Chancellor, Board of Trustees for Higher Education, Department of Education and the Arts (B); Chancellor, State College System (B); and Chancellor, State College System, Department of Education (B); and Cabinet Secretary, Department of Education and the Arts (G).

(fff) Responsibilities shared between Administrator, Trade and Consumer Protection Division, Agriculture, Trade and Consumer Protection (A); and Director, Office of Consumer Protection, Department of Justice (CS).

(ggg) Responsibilities shared between Director, Bureau of Fisheries Management & Habitat Protection, Department of Natural Resources (CS); and Director, Bureau of Wildlife Management, Division of Resource Management (CS).

(hhh) Ex officio by virtue of other office.

(iii) Responsibilities shared between Director, Parks & Recreation, Department of Wildlife, Fisheries & Parks (BGC); and Department Director, same department (A).

(kkk) However, HR functions are decentralized in Texas.

(lll) Responsibilities shared between Director, Public Utility Division, Corporation Commission (A); and 3 Commissioners, Corporation Commission (CE).