UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015

This Document Relates to:
ALL CASES

No. 1:18-md-02824-WJ

**ORDER FOR EXTENSION OF TIME REGARDING**
**PERSONAL JURISDICTION MOTIONS**

Based on the stipulation among the State of New Mexico and the New Mexico Environment Department (together "New Mexico"), the Navajo Nation, Kinross Gold U.S.A., Inc. ("KGUSA"), Kinross Gold Corporation ("KGC"), and Sunnyside Gold Corporation ("SGC"), and for good cause shown, IT IS HEREBY ORDERED as follows:

1. New Mexico and the Navajo Nation will file and serve their response(s) to (1) Kinross Gold U.S.A., Inc. and Kinross Gold Corporation's Motion for Summary Judgment on the Claims of New Mexico, the Navajo Nation, Utah, and the *Allen* Plaintiffs: Personal Jurisdiction (Dkt. 866) and (2) Sunnyside Gold Corporation's Motion for Summary Judgment on Grounds of Lack of Personal Jurisdiction (Dkt. 868) on or before December 16, 2020.

2. KGUSA, KGC, and SGC will file and serve any reply brief(s) in support of the same motions as to New Mexico and the Navajo Nation on or before January 11, 2021.

IT IS SO ORDERED.

Dated: November 16, 2020

_____
Special Master Hon. Alan C. Torgerson

1