UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015

*This Document Relates to:*

*No. 1:18-cv-00319-WJ/LF*

No. 1:18-md-02824-WJ

### ORDER GRANTING STATE OF UTAH AND MINING DEFENDANTS' JOINT MOTION TO APPROVE AND ENTER PROPOSED CONSENT DECREE

The Court, having considered the joint motion, Doc. 1188, filed May 7, 2021, by Plaintiff the State of Utah ("Utah") and Defendants Sunnyside Gold Corporation, Kinross Gold Corporation, and Kinross Gold U.S.A., Inc. (collectively, "Mining Defendants") to approve and enter the proposed Consent Decree lodged with the Court on March 17, 2021 (MDL ECF 1141-1), finding that the proposed Consent Decree is procedurally and substantively fair, reasonable, and consistent with CERCLA's goals, and with no responses opposing the joint motion having been filed, HEREBY ORDERS THE FOLLOWING:

1. Utah and the Mining Defendants' Joint Motion to Approve and Enter Proposed Consent Decree is **GRANTED**.

2. The proposed Consent Decree lodged with the Court by Utah and the Mining Defendants on March 17, 2021 (MDL ECF 1141-1) is hereby **APPROVED** and **ENTERED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE

1