**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

In re: Gold King Mine Release in San Juan County, Colorado on August 5, 2015

*This Document Relates to:*

*No. 1:22-cv-00046-WJ-KK*

No. 1:18-md-02824-WJ

**ORDER GRANTING STATE OF COLORADO AND SUNNYSIDE GOLD CORPORATION'S JOINT MOTION TO APPROVE AND ENTER PROPOSED CONSENT DECREE**

The Court, having considered the joint motion, MDL ECF 1439, filed January 31, 2022, by State of Colorado ("Colorado"), acting through the Executive Director of the Colorado Department of Public Health and Environment, the Executive Director of the Colorado Department of Natural Resources, and the Attorney General of the State of Colorado, who collectively serve as the Colorado Natural Resources Trustees ("Colorado Trustees"), and Sunnyside Gold Corporation ("SGC") to approve and enter the proposed Consent Decree lodged on December 13, 2021, with the United States District Court for the District of Colorado in *The State of Colorado, Through the Colorado Natural Resources Trustees v. Sunnyside Gold Corporation* (D. Colo., Case No. 1:21-cv-03327) and transferred to this Court as Case No. 1:22-cv-00046-WJ-KK (ECF No. 6 in *Docket No. 1:22-cv-00046-WJ-KK*), with no responses opposing the joint motion to approve and enter the proposed Consent Decree, and finding that the proposed Consent Decree is procedurally and substantively fair, reasonable, and consistent with CERCLA's goals, HEREBY ORDERS THE FOLLOWING:

1

1. Colorado and SGC's Joint Motion to Approve and Enter Proposed Consent Decree, Doc. 1439, filed January 31, 2022, is **GRANTED**.

2. The proposed Consent Decree lodged with the Court by Colorado and SGC on December 13, 2021 (ECF No. 6 in *Docket No. 1:22-cv-00046-WJ-KK*), is hereby **APPROVED** and **ENTERED**.

_____
WILLIAM P. JOHNSON
CHIEF UNITED STATES DISTRICT JUDGE