UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| IN RE: GOLD KING MINE RELEASE IN SAN JUAN COUNTY, COLORADO, ON AUGUST 5, 2015<br><br>*This Document Relates to No. 1:16-cv-00931* | C.A. No. 1:18-md-02824-WJ |

**STIPULATION OF VOLUNTARY DISMISSAL OF THE NAVAJO NATION'S CLAIMS AGAINST ENVIRONMENTAL RESTORATION, LLC**

Plaintiff the Navajo Nation and Defendant Environmental Restoration LLC ("ER") hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of the Navajo Nation's claims against ER in the above captioned action be dismissed with prejudice.

On May 31, 2023, Plaintiff the Navajo Nation and Defendant Environmental Restoration, LLC ("ER") executed an out-of-court settlement agreement that resolved all of the Navajo Nation's claims against ER in this litigation (the "Settlement Agreement"). Pursuant to the Settlement Agreement, the Navajo Nation agreed to voluntarily dismiss its claims against ER with prejudice within five business days of ER remitting the agreed-upon payment of $2,500,000 to the Navajo Nation (the "Payment"). On June 6, 2023, ER made the Payment to the Navajo Nation. Accordingly, as required under the Settlement Agreement, the Navajo Nation hereby dismisses its claims against ER with prejudice.

**STIPULATED TO BY**:

Dated: June 6, 2023

    */s/ Andrew K. Walsh*
John C. Hueston
Moez M. Kaba
Andrew K. Walsh
Spencer M. Schmider
HUESTON HENNIGAN LLP
523 West Sixth Street, Suite 400
Los Angeles, CA 90014

NAVAJO NATION DEPARTMENT OF JUSTICE
Paul Spruhan
Office of the Attorney General
P.O. Box 2010
Window Rock, AZ 86515

*Attorneys for Plaintiff*
*THE NAVAJO NATION*

Dated: June 6, 2023

    */s/ Peter C. Sheridan*
Peter C. Sheridan (*pro hac vice*)
Christopher L. Dacus (*pro hac vice*)
GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Blvd., 19th Fl.
Los Angeles, California 90067
Telephone: (310) 553-3000
Email: psheridan@glaserweil.com
Email: cdacus@glaserweil.com

Justin R. Sawyer
MOSES, DUNN, FARMER & TUTHILL, P.C.
612 First Street NW
P.O. Box 27047
Albuquerque, New Mexico 87125-7047
Telephone: (505) 843-9440
Email: justin@moseslaw.com

*Attorneys for Defendant*
*ENVIRONMENTAL RESTORATION, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2023 the foregoing document was filed via the U.S. District Court of New Mexico's CM/ECF electronic filing system and a copy thereof was served via the CM/ECF electronic transmission upon all counsel of record, as reflected by the Court's CM/ECF system.

*/s/ Andrew K. Walsh*