IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: GOLD KING MINE RELEASE
IN SAN JUAN COUNTY, COLORADO,  No. 1:18-md-02824-WJ
ON AUGUST 5, 2015

*This Document Relates to No. 16-cv-931-WJ-LF*

## ORDER DENYING MOTIONS AS MOOT

Defendant Environmental Restoration, LLC ("ER") has two pending motions in this multidistrict litigation: (i) a Motion for a Status Conference, Doc. 1894, filed January 27, 2023; and (ii) a Motion for Partial Summary Judgment regarding the Navajo Nation's claims for incurred CERCLA costs, Doc. 1912, filed March 6, 2023.  Weston Solutions, Inc., which is the only other remaining Defendant in this litigation, did not join in either motion.  *See* Notices of Briefing Complete, Doc. 1909, filed March 2, 2023, and Doc. 1927, filed April 4, 2023.

The Navajo Nation and ER have since stipulated to voluntary dismissal of all the Navajo Nation's claims against ER with prejudice pursuant to a settlement agreement.  *See* Doc. 1945, filed June 6, 2023.  The Court, therefore, denies ER's pending motions as moot.

**IT IS ORDERED** that the following motions are **DENIED as moot:**

(i)  Environmental Restoration, LLC's Motion for a Status Conference, Doc. 1894, filed January 27, 2023.

(ii)  Environmental Restoration, LLC's Motion for Partial Summary Judgment, Doc. 1912, filed March 6, 2023.

_____
**WILLIAM P. JOHNSON**
**CHIEF UNITED STATES DISTRICT JUDGE**